IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00359-BNB

JAMAAL WATKINS,

Applicant,

v.

DIVISION OF ADULT PAROLE/D.OC., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant, Jamaal Watkins, is currently serving two years of mandatory parole under the supervision of Colorado Department of Corrections. Mr. Watkins initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On February 19, 2010, the Court granted Mr. Watkins leave to proceed pursuant to 28 U.S.C. § 1915.

The Court must construe the application liberally because Mr. Watkins is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Watkins will be ordered to file an amended pleading.

The Court has reviewed the application filed by Mr. Watkins and finds that it is deficient. The claims Mr. Watkins raises in this action must be asserted pursuant to 28

U.S.C. § 2241 because those claims call into question the execution, and not the validity, of Mr. Watkins' sentence. See *Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). More specifically, Mr. Watkins claims that he is entitled to presentence confinement credit that the Department of Corrections has not applied to his sentence. Therefore, Mr. Watkins will be directed to file an amended pleading on the proper form if he wishes to pursue his claims challenging the execution of his sentence. Accordingly, it is

ORDERED that Mr. Watkins file an amended pleading on the proper form **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Mr. Watkins, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Watkins fails within the time allowed to file an amended pleading as directed, the action will be dismissed without further notice.

DATED February 25, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-00359-BNB

Jamaal Watkins
Prisoner No. 138065
2323 Curtis St.
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 2/25/10

                                                GREGORY C. LANGHAM, CLERK

                                                By: _____
                                                           Deputy Clerk